*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 6, 2019

BY ECF

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *The New York Times Company, et al. v. Department of Education*
             No. 19-cv-693 (LTS) (JLC)

Dear Judge Cott:

      This Office represents the United States Department of Education ("DOE" or "Defendant") in connection with the above-referenced action brought pursuant to the Freedom of Information Act. I write on behalf of both parties to provide the Court with a status update regarding document production as required by the Court's order (the "Scheduling Order") dated April 25, 2019. *See* Dkt. No. 15.

      As of Defendant's most recent production on December 2, 2019, Defendant has produced 3,880 pages of documents. These productions have been made in accordance with the procedure outlined in the Scheduling Order.

      As to the next production, the parties have agreed that Plaintiffs will identify by December 16, 2019, which attachments, if any, they want from Defendant's December 2, 2019, production. Pursuant to the Scheduling Order, thirty days after such identification, Defendant will produce 1,000 pages of documents, comprised of the requested attachments as well as additional emails to the extent these documents are not subject to withholding. The parties will follow this same procedure for subsequent productions.

      The parties thank the Court for its attention to this matter.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:   _/s/ *Alexander J. Hogan*_____
        ALEXANDER J. HOGAN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2799
        E-mail: alexander.hogan@usdoj.gov

Cc (via ECF): David McCraw
        New York Times
        Vice President & Deputy General Counsel
        620 Eighth Avenue
        New York, NY 10018
        mccraw@nytimes.com