

**The New York Times Company**

**Alexandra Perloff-Giles**
Counsel

T 212 556 7783

aperloffgiles@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

February 5, 2020

**VIA ECF**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *The New York Times Co. et al. v. Department of Education*, No. 19-cv-693 (LTS) (JLC)

Dear Judge Cott:

I represent Plaintiffs The New York Times Company and Erica Green (together, "The Times") in this Freedom of Information Act ("FOIA") action against the U.S. Department of Education ("DOE"). I write on behalf of all parties to provide the Court with a status update as required by the Court's order (the "Scheduling Order") dated April 25, 2019. *See* Dkt. No. 15.

In accordance with the procedure outlined in the Scheduling Order, the DOE will produce its next production on February 7, 2020. The parties have agreed to confer shortly after that next production and will provide the Court with a further update by Friday, February 14, 2020, indicating whether the parties require the Court's intervention.

The parties thank the Court for its attention to this matter.

>Respectfully submitted,
>
>/s/ Alexandra Perloff-Giles
>Alexandra Perloff-Giles
>The New York Times Company
>Legal Department
>620 8th Avenue
>New York, NY 10003
>Tel: (212) 556-7783
>E-mail: aperloffgiles@nytimes.com
>
>*Counsel for Plaintiffs*
>
>GEOFFREY S. BERMAN
>United States Attorney

By:   /s/   Alexander J. Hogan
>ALEXANDER J. HOGAN
>Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, NY 10007
>Tel: (212) 637-2799
>E-mail: alexander.hogan@usdoj.gov
>
>*Counsel for Defendant*