UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                                          X

THE NEW YORK TIMES COMPANY and      :
ERICA GREEN,

                                    :

                   Plaintiffs,

                                    :      Case No. 19-cv-00693

          - against -

                                    :

U.S. DEPARTMENT OF EDUCATION,

                                    :

                   Defendant.

_____X

### DECLARATION OF ALEXANDRA PERLOFF-GILES

I, Alexandra Perloff-Giles, hereby declare under penalty of perjury as follows:

      1.      I am an attorney at The New York Times Company ("The Times").

      2.      On May 8, 2020, Alexander Hogan, counsel for Defendant Department of

Education, sent me an e-mail, stating that he was "attaching here several records that, upon

review, DOE is now disclosing." Attached to that e-mail was a 16-page PDF document.

Date: June 8, 2020

                                    /s/ Alexandra Perloff-Giles
                                    Alexandra Perloff-Giles
                                    Legal Department
                                    The New York Times Company
                                    620 8th Avenue
                                    New York, NY 10018
                                    Phone: (212) 556-7783
                                    Fax: (212) 556-4634
                                    E-mail: aperloffgiles@nytimes.com

                                    *Attorney for Plaintiffs*