AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

The New York Times Company, et al.
                Plaintiff (s),

V.

Department of Education
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-693

Notice is hereby given that, subject to approval by the court, **defendant Department of Education** (Party (s) Name) substitutes

**Natasha W. Teleanu** (Name of New Attorney), State Bar No. **4800538** as counsel of record in place of **Alexander J. Hogan** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | United State's Attorney's Office |
| Address: | 86 Chambers St., Third Floor, New York, NY 10007 |
| Telephone: | Facsimile |
| E-Mail (Optional): | |

I consent to the above substitution.
Date:
n/a
(Signature of Party (s))

I consent to being substituted.
Date: 5/17/2022
ALEXANDER HOGAN (Digitally signed by ALEXANDER HOGAN, Date: 2022.05.17 06:05:04 -04'00')
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/25/2022
NATASHA TELEANU (Digitally signed by NATASHA TELEANU, Date: 2022.05.25 11:45:34 -04'00')
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 25, 2022

JAMES L. COTT
United States Magistrate Judge
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]